IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| PHILLIP D. COBB, | ) |
| Plaintiff, | ) |
| v. | ) No. 20-cv-3295 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

The Application for Brief in Support of Relieve Under the Equal Access to Justice Act Pursuant to Sentence Four Remand (d/e 20) (Motion for Attorney Fees) is ALLOWED. Defendant has no objection. Commissioner's Notice of No Opposition to Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (d/e 21). This Court awards Plaintiff $3,230.00 in attorney fees (the "Award"). The Award fully and completely satisfies any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

The Award belongs to Plaintiff, but Plaintiff may, and has, assigned his right to the Award to his attorneys Dempsey & Dempsey P.C. See

Motion for Attorney Fees, attached Fee Agreement.  The United States may also take an offset against the Award to satisfy any pre-existing debts that Plaintiff owes the United States.  See Astrue v. Ratliff, 560 U.S. 586 (2010).  If the United States determines that all or any portion of the Award is not subject to offset for such debts, Defendant shall pay the portion of the Award not subject to offset to Plaintiff's attorneys Dempsey & Dempsey P.C.

ENTER:   July 28, 2021

s/ *Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE